**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TAMMY FLANAGAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-1405-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 9th day of September, 2015.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　By: s/Andrea Gee
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　September 9, 2015
James N. Hatten
Clerk of Court

By:　s/Andrea Gee
　　　　　Deputy Clerk